Johan BECK–FRIIS, Charge d'Affaires of the Kingdom of Sweden in the United States of America, Appellant, v. William A. MONTEN, Appellee.

No. 6750.

Circuit Court of Appeals, Ninth Circuit.

June 14, 1932.

Sven H. Svenson, of San Francisco, Cal., and Oscar W. Houge, of Los Angeles, Cal., for appellant.

William A. Monten, of Los Angeles, Cal., and Daniel M. Hunsaker, of Los Angeles, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed without costs; mandate forthwith.

Alphonse CAPONE, Otherwise Known as Al Brown, v. UNITED STATES of America.

No. 4553.

Circuit Court of Appeals, Seventh Circuit.

June 20, 1932.

See, also, 56 F.(2d) 927.

William F. Waugh, of Chicago, Ill., for appellant.

George E. Q. Johnson, U. S. Atty., of Chicago, Ill.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed, and that the mandate of this court issue forthwith.

C. I. T. CORPORATION and United States Fidelity and Guaranty Company of Maryland, Appellants, v. UNITED STATES of America, Appellee.

No. 6179.

Circuit Court of Appeals, Fifth Circuit.

May 23, 1932.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

On the authority of United States v. Commercial Credit Co., 52 S. Ct. 467, 76 L. Ed. ——, decided by the Supreme Court May 2, 1932, the judgment is affirmed.

Charles FRANKLIN, Appellant, v. SOUTHERN PACIFIC COMPANY, Appellee.

No. 392.

Circuit Court of Appeals, Second Circuit.

May 23, 1932.

Frank M. Swacker, of New York City, for plaintiff.

Ben C. Dey, of Portland, Or., and George L. Buland and Charles L. Minor, both of New York City (Roscoe H. Hupper and William J. Dean, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.